**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**
-------------------------------------------------------------------X
ANDREW TORO, *on behalf of himself and all others similarly situated,*

                            Plaintiff,

-against-

SOCCER WEARHOUSE, INC.,

                            Defendant.
-------------------------------------------------------------------X

**ORDER**

**23-cv-1717 (PAE) (JW)**

**JENNIFER E. WILLIS, United States Magistrate Judge:**

The Parties were heard in an Initial Case Management Conference on September 25, 2023. Defendant agreed that the motion to dismiss at Dkt. No. 9 was rendered moot by the filing of the amended complaint at Dkt. No. 12. **The Clerk of the Court is respectfully requested to close the motion at Dkt. No. 9.**

The Parties indicated a willingness to participate in court assisted settlement. Should the parties wish to schedule a settlement conference, the Parties are directed to contact Courtroom Deputy Christopher Davis via email by October 2, 2023 at [WillisNYSDChambers@nysd.uscourts.gov](mailto:WillisNYSDChambers@nysd.uscourts.gov) to provide three mutually agreeable dates in October, November, or December. Any conference will be held in-person at Courtroom 228, 40 Foley Square, New York, New York. Should the Parties not wish to schedule a settlement conference at this time, they should inform the Court via email by the same deadline.

Parties must attend in-person with their counsel. Corporate parties must send the person with decision making authority to settle the matter to the conference. The

parties are instructed to prepare pre-conference submissions in accordance with Judge Willis's Standing Order for all Cases Referred for Settlement.

SO ORDERED.

DATED:   New York, New York
         September 25, 2023

*Jennifer E. Willis*
JENNIFER E. WILLIS
United States Magistrate Judge

2